AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 07-CV-7472 (RMB)(DCF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PLAINTIFF FRED IFILL

EMAIL:   lawoffices.fkb@verizon.net

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/5/2007 | *[signature]* |
| Date | Signature |
| | FREDERICK K. BREWINGTON — FKB5295 |
| | Print Name — Bar Number |
| | 50 CLINTON STREET, SUITE 501 |
| | Address |
| | Hempstead — New York — 11550 |
| | City — State — Zip Code |
| | (516) 489-6959 — (516) 489-6958 |
| | Phone Number — Fax Number |