UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                      :
FRED IFILL,
                                                      :
                              Plaintiff,
                                                      :
        -against-                                              07 Civ. 7472 (RMB) (DF)
                                                      :
STATE OF NEW YORK UNIFIED COURT                                **ORDER**
SYSTEM, NEW YORK STATE COURT OFFICERS        :
ASSOCIATION, ASSOCIATION PRESIDENT
DENNIS QUIRK in his individual capacity,              :

                              Defendants.             :
----------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

      The Court having held a telephone conference with counsel for all parties on January 25,

2008, it is hereby ORDERED that:

      1.     The parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a) no

later than February 7, 2008.

      2.     The parties shall serve their first sets of interrogatories and requests for the

production of documents no later than February 15, 2008.

      3.     Any motions to amend the Complaint or to join additional parties shall be served

and filed no later than March 28, 2008.

      4.     All fact discovery shall be completed no later than May 30, 2008.

5.    Counsel are directed to jointly initiate a telephone status conference with the Court on March 28, 2008 at 1:00 p.m.  Counsel should be prepared, at that time, to discuss the progress of discovery and the potential for settlement of this action.

Dated:   New York, New York
             January 25, 2008

SO ORDERED

DEBRA FREEMAN
United States Magistrate Judge

Copies to:

Hon. Richard M. Berman, U.S.D.J.

Frederick Kevin Brewington, Esq.
Law Offices of Frederick K. Brewington
50 Clinton Street, Suite 501
Hempstead, NY 11550

Susan Anspach, Esq.
New York State Office of the Attorney General
120 Broadway
New York, NY 10271

Ellen M. Bach, Esq.
Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12260