UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

FRED IFILL,

                          Plaintiff,

        -against-                                  07 Civ. 7472 (RMB) (DF)

STATE OF NEW YORK UNIFIED COURT           **ORDER**
SYSTEM, NEW YORK STATE COURT OFFICERS
ASSOCIATION, ASSOCIATION PRESIDENT
DENNIS QUIRK in his individual capacity,

                        Defendants.
---------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

      The Court having held a telephone conference with counsel for all parties on May 9, 2008, it is hereby ORDERED that:

      1.      The deadline for the completion of fact discovery is extended to July 15, 2008.

      2.      Expert discovery shall be stayed pending the outcome of Defendants' anticipated motion for summary judgment on the issue of liability.

Dated:  New York, New York
           May 9, 2008

                                                      SO ORDERED

                                                      DEBRA FREEMAN
                                                      United States Magistrate Judge

<u>Copies to:</u>

Hon. Richard M. Berman, U.S.D.J.

Frederick Kevin Brewington, Esq.
Law Offices of Frederick K. Brewington
50 Clinton Street, Suite 501
Hempstead, NY 11550

Susan Anspach, Esq.
New York State Office of the Attorney General
120 Broadway
New York, NY 10271

Ellen M. Bach, Esq.
Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12260