UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Fred Ifill

                              Plaintiff,

        -against-                        07 CIVIL 7472 (RMB)

State Of New York et. al.

                             Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Frederick K. Brewington

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: FB5295

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Law Office Of Frederick K. Brewington

    To: Clerk of the court

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ Address: 50 clinton street, Suite 501

☐ Telephone Number: 516-489-6959

☐ Fax Number: 516-489-6958

☒ E-Mail Address: office@brewingtonlaw.com

Dated: 5/19/08