UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FRED IFILL,

                    Plaintiff,

07 Civ. 7472 (RMB) (DF)

        -against-

**ORDER TO SHOW CAUSE**

STATE OF NEW YORK UNIFIED
COURT SYSTEM, et al.,

                    Defendant.
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

    Whereas, in the above-captioned action, defendants New York State Court Officers Association and Dennis Quirk subpoenaed Todd Taylor, a non-party witness, for a deposition, which was conducted on June 27, 2008; and whereas, during the deposition, Mr. Taylor testified that certain New York State court personnel had previously discriminated against him in his employment, but refused to answer questions calling for him to identify these individuals by name; and whereas Mr. Taylor's attorney did not assert a claim of privilege or instruct Mr. Taylor not to answer these questions; and whereas there is no dispute among the parties as to the relevance of the information sought; and whereas defendants New York State Court Officers Association and Dennis Quirk now request that the Court compel Mr. Taylor to answer the questions posed; it is hereby

    ORDERED that Mr. Taylor show cause by August 14, 2008, why this Court should not enforce the subpoena by directing him to answer the questions posed at his deposition, seeking

the identities of the court personnel who previously discriminated against him, upon penalty of contempt if he continues to refuse to do so.

Dated: New York, New York
       July 31, 2008

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

Mr. Todd Taylor
112-05 205th Street
Saint Albans, NY 11412

Casilda Roper-Simpson, Esq.
481 Jerusalem Avenue
Uniondale, NY 21553

Gregory Caliste, Jr., Esq.
Law Offices of Frederick K. Brewington
50 Clinton Street
Suite 501
Hempstead, New York 11550

Christopher Meyer, Esq.
Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12260

Susan Anspach, Esq.
New York State Office of the Attorney General
120 Broadway
New York, NY 10271